UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Dennis Siete,
          Plaintiff(s),

vs.

Lowe's Home Centers LLC, et al.,
          Defendant(s).

2:22-cv-00445-JCM-MDC

**ORDER GRANTING MOTION TO WITHDRAW (ECF NO. 35)**

Plaintiff's counsel—Paul D. Powell and Traysen N. Turner of The Powell Law Firm—filed a *Motion to Withdraw* ("Motion") regarding their representation of plaintiff Dennis Siete due to a fundamental disagreement about the representation. ECF No. 35 at 2. Dennis Siete has not responded to the Motion. Defendant filed a non-opposition. ECF No. 36.

Under Local Rule ("LR") IA 11-6(b), "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." LR IA 11-6(b). Under Local Rule 7-2(d) the failure of a party to oppose a motion constitutes that party's consent to the granting of the motion. The Court finds that plaintiff's counsel has met the requirements of LR IA 11-6(b). Siete has also not responded, constituting his consent to the granting of the Motion.

Accordingly,

**IT IS ORDERED that:**

1. Plaintiff's counsel Paul D Powell and Traysen N. Turner of The Powell Law Firm's *Motion to Withdraw* (ECF No. 35) is GRANTED.

2. The Clerk of Court is kindly directed to remove Paul D Powell and Traysen N. Turner as counsel of record and from the electronic service list for this case.

3. The Clerk of the Court shall add plaintiff's last known address to the civil docket and send a

copy of this Order to plaintiff's last known address:

Dennis Siete

818 Flamingo Road, #533

Las Vegas, Nevada 89119

4. The following discovery deadlines shall apply:

    a. Initial Expert Disclosures: August 5, 2024

    b. Rebuttal Expert Disclosures: September 4, 2024

    c. Close of Discovery: October 3, 2024

    d. Dispositive Motions: November 4, 2024

    e. Pre-Trial Order: December 3, 2024

5. Plaintiff shall be responsible for following all discovery deadlines and other case-related deadlines and may seek extensions if necessary.

## **NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's

attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**

DATED this 15th day of July 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge