UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Dennis Siete,<br><br>        Plaintiff<br><br>v.<br><br>Lowe's Home Center LLC, et al.,<br><br>        Defendants | Case No. 2:22-cv-00445-CDS-MDC<br><br>**Order Granting Plaintiff's Motion for Additional Time to Respond to Defendant's Motion for Summary Judgment**<br><br>[ECF No. 43] |

On November 4, 2024, defendant Lowe's Home Center LLC filed a motion for summary judgment. Mot. for summ. j., ECF No. 41. Any opposition to that motion was due November 25, 2024. *See id.*; *see also* Local Rule 7-2(b) ("The deadline to file and serve any points and authorities in response to a motion for summary judgment is 21 days after service of the motion."). Two days after the November 25, 2024 deadline, Siete filed an untimely document titled as a response to the summary judgment motion, but was in fact a request for additional time to respond to the motion. Resp., ECF Nos. 43. Lowe's filed a reply to Siete's response on December 11, 2024. Reply, ECF No. 47.

Given that Siete is pro se, the court liberally construes his response to the summary judgment motion as a motion to extend time to respond and therefore grants his request for additional time. However, because the summary judgment motion has been pending since November, meaning Siete has had several months to review the argument and evidence contained in the motion, the court gives Siete twenty-one days from the date of this order to file any opposition. In the alternative, if Siete will not be filing an opposition, or is no longer pursuing this litigation, he may file a notice to the court advising of his decision. Lowe's may file an updated reply to any opposition up to seven days after any opposition is filed.

If Siete fails to file an opposition, or a notice advising that he does not plan on filing an opposition or is no longer pursuing this litigation, the court may issue sanctions, including dismissing the case.

### Conclusion

IT IS HEREBY ORDERED that Siete's request for more time to file an opposition to defendant's motion for summary judgment **[ECF No. 43] is GRANTED**. Siete has until June 4, 2025, to file any opposition to the motion. In the alternative, if Siete will not be filing an opposition, or is no longer pursuing this litigation, he may file a notice advising the court of his decision. Failure to file an opposition to the summary judgment motion or a notice of intent will result in dismissal of this action without prejudice and without further warning.

Dated: May 14, 2025

_____
Cristina D. Silva
United States District Judge